

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| BARRY WATRET, | § | No. 08-20-00124-CV |
| Appellant, | § | Appeal from the |
| v. | § | 388th Judicial District Court |
| | § | |
| TERESITA WATRET, | § | of El Paso County, Texas |
| | § | |
| Appellee. | § | (TC# 2012DCM04038) |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant and his sureties, if any, *see* TEX.R.APP.P. 43.5, on the judgment and all costs in this Court for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 26TH DAY OF APRIL, 2021.


GINA M. PALAFOX, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.